U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN - 8 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

JEREMIAH HALE | CIVIL ACTION NO. 13-0358

VERSUS | JUDGE DONALD E. WALTER

JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Plaintiff's application for relief pursuant to 28 U.S.C. § 2241 is **DENIED** and is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, this 8th day of January 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE